# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDERSON, et al.,<br><br>　　　　Defendants. | 1:19-cv-01421-JLT-GSA-PC<br><br>**ORDER DISREGARDING PLAINTIFF'S REPLY TO ANSWER**<br><br>**(ECF No. 21.)** |

　　　　George Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's First Amended Complaint, filed on October 15, 2021, against defendants Correctional Officers A. Anderson and K. McGraw ("Defendants") for retaliation and violation of the ADA.  (ECF No. 8.)  On March 7, 2022, Defendants filed an answer to the complaint.  (ECF No. 20.)

　　　　On March 25, 2022, Plaintiff filed a reply to Defendants' answer.  (ECF No. 21.)  The Federal Rules of Civil Procedure contemplate a reply to the answer only when ordered by the court.  Fed. R. Civ. P. 12(a)(1)(C).  Since Plaintiff was not ordered to reply to the answer, his reply will be disregarded.

　　　　Therefore, based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's reply to Defendants' answer, filed on March 25, 2022, is disregarded.

IT IS SO ORDERED.

　　Dated: __March 29, 2022__　　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE