UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDERSON, *et al.*,<br><br>        Defendants. | Case No.: 1:19-cv-01421-JLT-GSA (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

 On June 15, 2022, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 15, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1