# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDERSON, et al.,<br><br>　　　　Defendants. | **1:19-cv-01421-JLT-GSA-PC**<br><br>**ORDER GIVING FULL EFFECT TO STIPULATION TO DISMISS CASE, WITH PREJUDICE, UNDER RULE 41**<br>**(ECF No. 30.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

　　　　George Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint, filed on October 15, 2021, against defendants Correctional Officers A. Anderson and K. McGraw ("Defendants") for retaliation and violation of the ADA. (ECF No. 8.)

　　　　On June 16, 2022, a stipulation for voluntary dismissal with prejudice was filed with the Court containing the signatures of Plaintiff and counsel for Defendants. (ECF No. 30.) The stipulation states that Plaintiff George Gonzalez and Defendants A. Anderson and K. McGraw have resolved this case in its entirety and therefore stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Id.)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on June 16, 2022 is signed by all parties who have appeared in this case. Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice.  The Clerk shall close this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of this action with prejudice, filed on June 16, 2022, is effective as of the date it was filed;
2. This case is DISMISSED WITH PREJUDICE under Rule 41; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 17, 2022**                            **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE